UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRAVELERS CASUALTY AND
SURETY COMPANY,
a Connecticut corporation,

    Plaintiff,

v.                                                   Case No. 01-71057

CONSTITUTION REINSURANCE          HONORABLE AVERN COHN
CORPORATION, a New York
corporation,

    Defendant.

_____/

## ORDER VACATING PROTECTIVE ORDERS

This is a reinsurance case. The papers filed under seal are excessive.[1] Accordingly, the Court VACATES the existing protective orders in this case, subject to the parties' right to take exception as to particular pages. A party seeking to respond to this order must file with the Court a discrete list of individual documents the party wishes to remain under seal, identified by docket number and the relevant page number(s).

    SO ORDERED.

                                                   s/Avern Cohn
Dated: July 20, 2005                          AVERN COHN
                                        UNITED STATES DISTRICT JUDGE

---

[1] Under E.D. Mich. LR 5.3, and as detailed in the Court's motion practice guidelines, an entire pleading, paper, exhibit, etc., may not be filed under seal. Only the portion of the document(s) which are not to be publicly disclosed may be filed under seal. In such instances, the portion to be filed under seal requires a party's presentment to the Court for endorsement along with an explanation why the portion of the document(s) is confidential.

**Proof of Service**

I hereby certify that a copy of the foregoing document was sent to counsel of record on this date, July 20, 2005, by electronic and/or ordinary mail.

                                       s/Julie Owens
                                      Case Manager, (313) 234-5160